**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DERRICK LAMONT BOOTH                                                                                          PETITIONER
ADC #86775

v.                                              No. 5:15CV00295 JLH-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                        RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 20th day of January, 2017.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE